John H. Seymour, Jr., an Infant, by His Parent and Natural Guardian, John H. Seymour, Sr., et al., Respondents, v. Service Liquor

Distributors of Central New York, Inc., et al., Appellants. (Appeal No. 2.)

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.